**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Billy CLEVELAND, Defendant–**
**Appellant.**

**No. 14–15296**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 15, 2015.

Wifredo A. Ferrer, Jeanne Marie Mullenhoff, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Lynn D. Rosenthal, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Billy Cleveland, Coleman, FL, pro se.

Before WILLIAM PRYOR, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Billy Cleveland appeals *pro se* the denial of his motion for a sentence reduction. 18 U.S.C. § 3582(c)(2). Cleveland based his motion on Amendment 782 to the Sentencing Guidelines. We affirm.

The district court did not err when it denied Cleveland's motion for a reduction of his sentence. Cleveland, whose sentence is based on the career offender guideline, U.S.S.G. § 4B1.1, not on the drug quantity tables, *id.* § 2D1.1, is ineligible for a sentence reduction under Amendment 782. *See United States v. Lawson,* 686 F.3d 1317, 1321 (11th Cir. 2012); *United States v. Moore,* 541 F.3d 1323, 1327–30 (11th Cir.2008). Cleveland challenges his classification as a career offender, but that challenge is outside the limited scope of section 3582(c)(2). *See United States v. Bravo,* 203 F.3d 778, 780–81 (11th Cir.2000).

We **AFFIRM** the denial of Cleveland's motion to reduce.